■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAINA FOSTER, Appellant. [52 NYS3d 226]—Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered August 6, 2015, convicting defendant, upon her plea of guilty, of robbery in the second degree, and sentencing her to a term of five years, unanimously affirmed.

Defendant made a valid waiver of her right to appeal (*see People v Bryant*, 28 NY3d 1094 [2016]), which forecloses review of her claims that her sentence was excessive and that the court should have granted youthful offender treatment (*see People v White*, 141 AD3d 463 [1st Dept 2016], *lv denied* 28 NY3d 975 [2016]). Regardless of the validity and scope of defendant's waiver of her right to appeal, we perceive no basis for

reducing the sentence or substituting a youthful offender adjudication. Concur—Tom, J.P., Mazzarelli, Manzanet-Daniels and Webber, JJ.